IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| JOSEPH PACIFICO, | : : | CIVIL ACTION NO. 1:12-CV-3636-AT |
| Defendant. | : | |

# **ORDER**

This case has been under a stay of discovery pending the outcome of the criminal proceedings in *U.S.A. v. Joseph Pacifico,* 1:11-cr-00445-AT-AJB-2, although the Court has allowed limited discovery to proceed. Based on the Court's review of the case status, it appears that Defendant has completed the limited discovery sought, as there has been no noted activity on the docket for over four months. Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending resolution of the parallel criminal case or upon a motion to reopen by either party supported by just cause.[1]

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.

**IT IS SO ORDERED** this 19th day of March, 2015.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

2